THE STATE OF OHIO, APPELLEE, *v.* WELLS, APPELLANT.

[Cite as State *v.* Wells (1985), 19 Ohio St. 3d 134.]

(No. 84-1941—Decided September 18, 1985.)

*William F. Schenck,* prosecuting attorney, and *Dennis J. Langer,* for appellee.

*Flanagan, Lieberman, Hoffman & Swaim* and *Dennis A. Lieberman,* for appellant.

The judgment of the court of appeals filed October 26, 1984 (case No. 15-84-7) dismissing appellant's appeal is hereby reversed on authority of App. R. 4(B), and the cause is remanded to the court of appeals for further proceedings.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.